

FILED
CLERK, U.S. DISTRICT COURT
06/27/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: MICHAELS STORES, INC., WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

Caywood et al v. Michaels Stores, Inc.
2:14-cv-05031-GW(AGRx)

FILED
Jun 30, 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MDL No. 2531

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 4, 2014, the Panel transferred 3 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable George H Wu.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Wu.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of June 4, 2014, and, with the consent of that court, assigned to the Honorable George H Wu.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 25, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 06/27/2014 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

**CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

Andrese Pedro
**DEPUTY CLERK**

**IN RE: MICHAELS STORES, INC., WAGE AND
HOUR EMPLOYMENT PRACTICES
LITIGATION**                                                   MDL No. 2531

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 14−01420 | Caywood et al v. Michaels Stores, Inc. |